FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAR -5 PM 2: 44
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTONIO J. SAUNDERS-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-005 |
| | ) | |
| MONTGOMERY COUNTY; | ) | |
| JOEY FOUNTAIN, Montgomery County | ) | |
| Mayor; MONTGOMERY COUNTY | ) | |
| SHERIFF'S DEPARTMENT; RONNIE | ) | |
| BIVENS, Montgomery County Chief of | ) | |
| Police; BEN MAYBIN, Lieutenant; and | ) | |
| JUSTIN FOUNTAIN, Officer, in their | ) | |
| individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 5). Plaintiff argues he should not be required to refile his case but rather submit the $400.00 filing fee, which he has now done. (Id.) However, as the Eleventh Circuit held,

> [T]he proper procedure is for the district court to dismiss the complaint without prejudice when it denies the prisoner leave to proceed *in forma pauperis* pursuant to the three strikes provision of § 1915(g). The prisoner cannot simply pay the filing fee after being denied *in forma pauperis* status. He must pay the filing fee at the time he *initiates* the suit.

Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (emphasis in original).

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed IFP (doc. no. 2), **DENIES AS MOOT** Plaintiff's Motion to Amend (doc. no. 7), **DISMISSES** this case without prejudice, and **CLOSES** this civil action. The Court **DIRECTS** the Clerk to return the $400.00 filing fee to Plaintiff.

SO ORDERED this 5th day of March, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE