# United States District Court
## Southern District of Georgia

ANTONIO J. SAUNDERS-EL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-005

MONTGOMERY COUNTY, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 5, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's objections are overruled.  Plaintiff's request to proceed IFP is denied and Plaintiff's Motion to Amend is denied as moot.  This case is dismissed without prejudice, and this case stands closed.



| 3/5/2018 | | Scott L. Poff |
|---|---|---|
| Date | | Clerk |

*Jamie Hodge*
(By) Deputy Clerk